650

858 A.2d 588

**In the Matter of Andrew F. MALONE.**

**No. 953 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 1, 2004.

## ORDER

PER CURIAM:

AND NOW, this 1st day of September, 2004, the Joint Petition for Temporary Suspension is granted, Andrew F. Malone is placed on temporary suspension, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.